MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/12/26

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**KENDRA RIDDLEBERGER**
Phone: (212) 356-4377
kriddleb@law.nyc.gov

November 10, 2026

Application GRANTED. The initial case management conference scheduled for November 17, 2026 (Dkt. 14) is ADJOURNED *sine die*. The parties must file their motions according to their proposed schedule below, as modified.

SO ORDERED.

November 12, 2026

**Barbara Moses, U.S.M.J.**

**BY ECF**
Hon. Barbara C. Moses
United States Magistrate Judge
Thurgood Marshall
United States Court House
40 Foley Square
New York, NY 10007

Re: *Larach Cohen et al v. Samuels et al.*
26-CV-5729

Dear Judge Moses:

I am the Assistant Corporation Counsel representing the Defendants in the above matter. I write jointly with Plaintiffs' counsel respectfully requesting the Court cancel the Initial Conference scheduled for November 17, 2026 at 10:00 am, as ordered by the Court, ECF No. 14.

Given that this matter alleges claims under the Individuals with Disabilities Education Act, and is an appeal of an administrative decision, the Parties agree that there is no need for an Initial Conference or discovery. The Parties believe this matter can be resolved through motions for summary judgment based upon the certified record. The Plaintiffs have received a copy of the Certified Administrative Record from the Office of State Review and respectfully request to file the Certified Administrative Record under seal.

The Parties propose the following briefing schedule:

November 19, 2026: Plaintiffs to file the Certified Administrative Record under seal and provide a courtesy copy to Defendants;

December 30, 2026: Plaintiffs to file their Motion for Summary Judgment;

February 1, ~~2026~~ 2027: Defendants to file their Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment;

February 23, ~~2026~~ 2027: Plaintiffs to file their Opposition to Defendants' Motion for Summary Judgment and Reply;

March 16, ~~2026~~ 2027: Defendants to file their Reply.

Moreover, it is also respectfully submitted that because the inquiry here is not whether there are disputed issues of fact, the Rule 56.1 statements should be waived. While in IDEA actions, "the parties and the court typically style the decision as a ruling on a motion for summary judgment, [] 'the procedure is in substance an appeal from an administrative determination, not a summary judgment motion.'" Bd. Of Educ. v. C.S., 990 F.3d 156, 165 (2d Cir. 2021) (quoting M.H. v. N.Y.C. Dep't of Educ., 685 F.3d 217, 226 (2d Cir. 2012)). Because the Parties' motions will be based solely on the administrative record, the Parties jointly and respectfully request that the Court waive the submission of 56.1 statements.

The Parties thank the Court for its consideration in this matter.

Respectfully,

/s/ _*Kendra Riddleberger*___
Kendra Elise Riddleberger
Assistant Corporation Counsel

CC: (via ECF) all counsel of record